UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO,
EASTERN DIVISION

WANDA S. WOOD and
BOB WOOD

    Plaintiffs,

    vs.

GENERAL MOTORS CORP.

    Defendant.

Case No.: C2 04 1147

Judge Edmund A. Sargus, Jr.

## AGREED ORDER OF DISMISSAL

The parties having agreed, IT IS ORDERED, ADJUDGED AND DECREED that all claims which have been, could have been, or should have been brought against General Motors Corporation in the above-captioned case are hereby DISMISSED WITH PREJUDICE. The parties to bear their own costs.

_6-26-2007_
DATE

_/s/_
JUDGE

APPROVED:

_/s/ Gail M. Zalimeni_
Gail M. Zalimeni, Esquire
BUTLER CINCIONE & DICUCCIO
50 West Broad Street, Suite 700
Columbus, OH 43215

Attorneys for Plaintiffs,
Wanda S. Wood and Bob Wood

_/s/ Timothy R. Bricker_
Timothy R. Bricker (0061872)
CARPENTER & LIPPS LLC
280 Plaza – Suite 1300
280 North High Street
Columbus, OH 43215

Attorneys for Defendant,
General Motors Corporation